**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VILLAGE OF BEDFORD PARK, CITY OF WARRENVILLE, CITY OF OAKBROOK TERRACE, VILLAGE OF OAK LAWN, VILLAGE OF ORLAND HILLS, CITY OF ROCKFORD, VILLAGE OF WILLOWBROOK, VILLAGE OF ARLINGTON HEIGHTS, VILLAGE OF BURR RIDGE, CITY OF DES PLAINES, VILLAGE OF LOMBARD, VILLAGE OF ORLAND PARK, VILLAGE OF TINLEY PARK, and VILLAGE OF SCHAUMBURG, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EXPEDIA, INC. (WA), HOTELS.COM, LP, HOTWIRE, INC., EGENCIA, LLC, TRIP NETWORK, INC., ORBITZ, LLC, INTERNETWORK PUBLISHING CORP. (d/b/a/ LODGING.COM), PRICELINE.COM INCORPORATED, TRAVELWEB LLC, TRAVELOCITY.COM, LP, SITE59.COM, LLC, and DOES 1 THROUGH 1000, INCLUSIVE, <br><br> Defendants. | Civil Action No.: 13-5633 <br><br> Judge Matthew F. Kennelly |

**DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Fed. R. Civ. P. 12(a), Defendants Expedia, Inc. (WA), Hotels.com, LP,

Hotwire, Inc., Egencia, LLC, Trip Network, Inc., Orbitz, LLC, Internetwork Publishing Corp.

(d/b/a/ Lodging.com), priceline.com Incorporated, Travelweb LLC, Travelocity.com LP, and

Site59.com, LLC, (collectively "Defendants") move for an extension of time to file their Answer

to Plaintiffs' Complaint. Plaintiffs do not object to the proposed extension of time. In support of this motion, Defendants state as follows:

1. This case was filed in state court and later removed. While the case was pending in State court, Defendants agreed to waive service of process in exchange for Plaintiffs' agreement to extend the answering deadline to September 13, 2013. Therefore, after the case was removed to federal court, Judge Dow granted Defendants' unopposed motion to extend Defendants' deadline to answer or otherwise plead to September 13, 2013. (Dkt. No. 18.) Defendants filed a Motion to Dismiss Certain of Plaintiffs' Claims on that date.

2. Defendants did not move to dismiss Plaintiffs' First and Second Claims for Relief listed in Plaintiffs' Complaint. (Compl. ¶¶ 148-61.)

3. Pursuant to Fed. R. Civ. P. 12(a), Defendants seek this Motion for Extension of Time to file their Answer to these two claims up to and including fourteen (14) days after this Court rules on their Motion to Dismiss.

4. The Northern District of Illinois has interpreted Fed R. Civ. P. 12(a) to mean that "a defendant's filing of a partial motion to dismiss automatically extends its time to answer the unchallenged counts, as if it had moved to dismiss all counts." *See Vendetti v. Compass Envtl., Inc.*, No. 06 CV 3556, 2006 BL 133239, at *3 (N.D. Ill. Oct. 25, 2006); *see also Intercom Ventures, LLC v. FasTV, Inc.*, No. 13 C 232, 2013 WL 2357621, at *7 (N.D. Ill. May 28, 2013) ("Accordingly, because the Defendants here filed a timely Rule 12(b)(6) motion that does not challenge all of Intercom's claims, Defendants are not required to file an answer to Count III until 14 days after the Court has issued this Order."); *Oil Express Natl., Inc. v. D'Alessandro*, 173 F.R.D. 219, 220-21 (N.D. Ill. 1997)

("We agree and as such find that a partial motion to dismiss allows for altering the limits of Fed.R.Civ.P. 12(a) with respect to answering those claims not addressed in Defendants' motion.").

5. Defendants spoke to Plaintiffs on September 11, 2013, and Plaintiffs agreed to Defendants' proposed extension.

6. This motion is not being filed to unnecessarily delay the proceedings of this case.

WHEREFORE, for the reasons stated herein and pursuant to Federal Rule of Civil Procedure 12(a) and 6(b), Defendants request that this Court grant their Unopposed Motion for an Extension of Time to File an Answer up to and including fourteen (14) days after it rules on Defendants' Motion to Dismiss.

Dated: September 13, 2013 　　　　　　　　　Respectfully submitted,

s/ Albert Lee Hogan, III
Albert Lee Hogan, III
SKADDEN ARPS SLATE MEAGHER &
FLOM, LLP
155 North Wacker Drive, Suite 2700
Chicago, IL 60606-1720
Telephone: 　(312) 407-0700
ahogan@skadden.com

*Attorney for priceline.com Incorporated, Travelweb LLC*

s/ Elizabeth Herrington
Elizabeth Herrington
Mark J. Altschul
Jeffrey Rossman
McDERMOTT WILL & EMERY
227 West Monroe Street
Chicago, IL 60606-5096
Telephone: 　(312) 372-2000
Facsimile: 　(312) 984-7700

*Attorneys for Orbitz, LLC, Trip Network, Inc., Internetwork Publishing Corp. (d/b/a Lodging.com)*

s/ Mark P. Rotatori
Mark P. Rotatori
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
Telephone: 　(312) 269-4294
Facsimile: 　(312) 782-8585
mprotatori@jonesday.com

*Attorney for Expedia, Inc. (WA), Hotels.com, L.P., Egencia, LLC, Hotwire, Inc.*

s/ Brian S. Stagner
Brian S. Stagner
KELLY HART & HALLMAN LLP
201 Main Street
Suite 2500
Fort Worth, TX 76102
Telephone: 　(817) 878-3567
brian.stagner@kellyhart.com

*Attorney for Travelocity.com LP, Site59.com, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2013, I electronically filed the foregoing Unopposed Motion for Extension of Time to File Answer with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

Thomas K. Prindable
Michael S. Krzak
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, IL 60605
Phone: (312) 899-9090
Facsimile: (312) 251-1150
tkp@cliffordlaw.com
msk@cliffordlaw.com

John W. Crongeyer
CRONGEYER LAW FIRM
2170 Defoor Hills Rd
Atlanta, GA 30318
Phone: (404) 542-6205
jwc@birdlawgroup.com

Paul A. O'Grady
Dominick L. Lanzito
PETERSON, JOHNSON &  MURRAY CHICAGO, LLC
233 South Wacker Dr., Floor 84
Chicago, IL, 60606
Phone: (312) 782-7150
Facsimile: (312) 896-9318
dlanzito@pjmlaw.com
pogrady@pjmlaw.com

Donald J. Storino
Richard J. Ramello
STORINO RAMELLO & DURKIN
9501 W. Devon Ave.
8th Floor
Rosemont, IL 60018
Phone: (847) 318-9500
Facsimile: (847) 318-9509
dstorino@srd-law.com

s/ Mark P. Rotatori
Mark P. Rotatori

*Attorney for Expedia, Inc. (WA), Hotels.com, L.P., Egencia, LLC, Hotwire, Inc.*