IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VILLAGE OF BEDFORD PARK, CITY OF WARRENVILLE, CITY OF OAKBROOK TERRACE, VILLAGE OF OAK LAWN, VILLAGE OF ORLAND HILLS, CITY OF ROCKFORD, VILLAGE OF WILLOWBROOK, VILLAGE OF ARLINGTON HEIGHTS, VILLAGE OF BURR RIDGE, CITY OF DES PLAINES, VILLAGE OF LOMBARD, VILLAGE OF ORLAND PARK, VILLAGE OF TINLEY PARK, and VILLAGE OF SCHAUMBURG, individually and on behalf of others similarly situated,<br><br>  Plaintiffs,<br>vs.<br><br>EXPEDIA, INC. (WA), HOTELS.COM, LP, HOTWIRE, INC., EGENCIA, LLC, TRIP NETWORK, INC., ORBITZ, LLC, INTERNETWORK PUBLISHING CORP. (d/b/a LODGING.COM), PRICELINE.COM INCORPORATED (n/k/a THE PRICELINE GROUP, INC.), TRAVELWEB LLC, TRAVELOCITY.COM, LP, SITE59.COM, LLC, PRICELINE.COM LLC, and DOES 1 THROUGH 1000, INCLUSIVE,<br><br>  Defendants. | Civil Action No. 13-5633<br><br>Judge Matthew F. Kennelly |

## STIPULATION FOR VOLUNTARY DISMISSAL OF THE LAWSUIT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

It is hereby stipulated and agreed by and among the City of Oakbrook Terrace and TVL LP (f/k/a Travelocity.com LP) and Site59.com LLC (collectively the "Settling Defendants") all of which are parties to the above-entitled action, through their respective attorneys, that the City's Complaint against the Settling Defendants only be dismissed with prejudice and with each side bearing its own attorneys' fees and costs, all costs having been paid and all matters in

controversy for which said action was brought having been fully settled, compromised and adjourned. The City's Complaint against the remaining defendants who are not parties to this stipulation and the claims of the remaining plaintiffs against all of the defendants shall not be affected by the City's dismissal of its Complaint against the Settling Defendants.

_____
Attorney for the City of Oakbrook Terrace

DONALD J. STORINO
Illinois Bar No. 2747936
RICHARD J. RAMELLO
Illinois Bar No. 3124818
THOMAS J. HALLERAN
Illinois Bar No. 6298421
STORINO RAMELLO & DURKIN
9501 West Devon Avenue, 8th Floor
Rosemont, IL 60018
Phone: 847-318-9500
Facsimile: 847-318-9509
dstorino@srd-law.com
rramello@srd-law.com
Thomas@srd-law.com

_____
Attorney for TVL LP (f/k/a Travelocity.com LP) and Site59.com LLC

Derek Montgomery
Brian S. Stagner
KELLY HART & HALLMAN LLP
201 Main Street
Suite 2500
Fort Worth, TX 76102
Telephone: (817) 878-3567
brian.stagner@kellyhart.com

_____
Attorney for TVL LP (f/k/a Travelocity.com LP) and Site59.com LLC

Luke DeGrand
Tracey L. Wolfe
DEGRAND & WOLFE, P.C.
20 South Clark Street, Suite 2620
Chicago, Illinois 60603
Telephone: (312) 236-9200
ldegrand@DeGrandWolfe.com
twolfe@DeGrandWolfe.com

587293.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2016, I electronically filed the foregoing **Stipulation for Voluntary Dismissal of the Lawsuit Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court.

/s/ Richard J. Ramello
Attorney for City of Oakbrook Terrace

**PAUL A. O'GRADY**
Illinois Bar No. 6271373
**DOMINICK L. LANZITO**
Illinois Bar No. 6277856
**PETERSON, JOHNSON & MURRAY CHICAGO, LLC**
200 West Adams Street
Suite 2125
Chicago, IL 60606
Phone: 312-782-7150
Facsimile: 312-896-9318
pogrady@pjmlaw.com
dlanzito@pjmlaw.com

**THOMAS K. PRINDABLE**
Illinois Bar No. 2255340
**MICHAEL S. KRZAK**
Illinois Bar No. 6243295
**CLIFFORD LAW OFFICES, P.C.**
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
Phone: 312-899-9090
Facsimile: 312-251-1150
tkp@cliffordlaw.com
msk@cliffordlaw.com

**WILLIAM Q. BIRD**
Georgia Bar No. 057900
**KRISTEN L. BEIGHTOL**
Georgia Bar No. 425814
**BIRD LAW GROUP, P.C.**
2170 Defoor Hills Road, NW
Atlanta, GA 30318
Phone: (404) 873-4696
Fax: (404) 872-3745
wqb@birdlawgroup.com
klb@birdlawgroup.com
(Admitted Pro Hac Vice)

**JOHN W. CRONGEYER**
Georgia Bar No. 197267
**CRONGEYER LAW FIRM, P.C.**
2170 Defoor Hills Road, NW
Atlanta, GA 30318
Phone: (404) 542-6205
Facsimile: (404) 872-3745
jwc@birdlawgroup.com
(Admitted Pro Hac Vice)

**ROBERT K. FINNELL**
Georgia State Bar No. 261575
**THE FINNELL FIRM**
One West Fourth Avenue, Suite 200
Post Office Box 63
Rome, Georgia 30161
Phone: (706) 235-7272
Facsimile: (706) 235-9461
bob@finnellfirm.com
(Admitted Pro Hac Vice)

ALBERT LEE HOGAN, III
**SKADDEN ARPS SLATE MEAGHER & FLOM, LLP**
155 North Wacker Drive, Suite 2700
Chicago, IL 60606-1720
Telephone: (312) 407-0700
ahogan@skadden.com

Mark P. Rotatori
Meghan Eileen Sweeney
Nicole C. Henning
**JONES DAY**
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
Telephone: (312) 269-4294
Facsimile: (312) 782-8585
mprotatori@jonesday.com
msweeney@jonesday.com
nhenning@jonesday.com

Elizabeth Herrington
Jeffrey Rossman
Lisa Haidostian
**MCDERMOTT WILL & EMERY LLP**
227 West Monroe Street
Chicago, IL 60606-5096
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
jrossman@mwe.com
lhaidostian@mwe.com

Brian S. Stagner
Derek Lee Montgomery
Scott R. Wiehle
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, TX 76102
Telephone: (817) 878-3567
brian.stagner@khh.com
derek.montgomery@kellyhart.com
scott.wiehle@khh.com

Luke DeGrand
Tracey L. Wolfe
**DEGRAND & WOLFE, P.C.**
20 South Clark Street, Suite 2620
Chicago, IL 60603
ldegrand@degrandwolfe.com
twolfe@degrandwolfe.com

Randolph K. Herndon
**SKADDEN ARPS SLATE MEAGHER & FLOM, LLP**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
randolph.herndon@skadden.com

Mark J. Altschul
**MORGAN, LEWIS & BOCKIUS LLP**
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
(312) 324-1000
mark.altschul@morganlewis.com
beth.herrington@morganlewis.com

**DONALD J. STORINO**
Illinois Bar No. 2747936
dstorino@srd-law.com
**RICHARD J. RAMELLO**

Illinois Bar No. 3124818
rramello@srd-law.com
**THOMAS J. HALLERAN**
Illinois Bar No. 6298421
thomas@srd-law.com
**STORINO RAMELLO &DURKIN**
9501 W. Devon Avenue
8th Floor
Rosemont, Illinois 60018
Phone: 847-318-9500
Facsimile: 847-318-9509