**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VILLAGE OF BEDFORD PARK, CITY OF WARRENVILLE, CITY OF OAKBROOK TERRACE, VILLAGE OF OAK LAWN, VILLAGE OF ORLAND HILLS, CITY OF ROCKFORD, VILLAGE OF WILLOWBROOK, VILLAGE OF ARLINGTON HEIGHTS, VILLAGE OF BURR RIDGE, CITY OF DES PLAINES, VILLAGE OF LOMBARD, VILLAGE OF ORLAND PARK, VILLAGE OF TINLEY PARK, and VILLAGE OF SCHAUMBURG, individually and on behalf of others similarly situated, | Civil Action No.: 13-5633 |
| Plaintiffs, | Judge Matthew F. Kennelly |
| v. | |
| EXPEDIA, INC. (WA), HOTELS.COM, LP, HOTWIRE, INC., EGENCIA, LLC, TRIP NETWORK, INC., ORBITZ, LLC, INTERNETWORK PUBLISHING CORP. (d/b/a/ LODGING.COM), PRICELINE.COM INCORPORATED (n/k/a THE PRICELINE GROUP INC.), PRICELINE.COM LLC, TRAVELWEB LLC, TRAVELOCITY.COM LP, SITE59.COM, LLC, and DOES 1 THROUGH 1000, INCLUSIVE, | |
| Defendants. | |

## AGREED MOTION

Plaintiff Village of Lombard and Defendants Expedia, Inc. (WA), Hotels.com, LP,

Hotwire, Inc., Egencia, LLC, Trip Network, Inc., Orbitz, LLC, Internetwork Publishing Corp.

(d/b/a/ Lodging.com), priceline.com Incorporated (n/k/a The Priceline Group Inc.), priceline.com

LLC, Travelweb LLC, TVL LP (f/k/a Travelocity.com LP), and Site59.com, LLC, (collectively,

the "Parties"), by agreement, move this Court for entry of final judgment in favor of the Village of Lombard as provided in the Proposed Stipulated Final Judgment to be submitted per the Court's instructions at the status conference held on September 29, 2016 and its Order dated October 17, 2016.

Dated: October 19, 2016                                    Respectfully submitted,


s/ Albert Lee Hogan, III_____          s/ Mark P. Rotatori
Albert Lee Hogan, III                                       Mark P. Rotatori
Marcella L. Lape                                            Nicole C. Henning
SKADDEN ARPS SLATE MEAGHER &          Meghan S. Bean
FLOM, LLP                                                    JONES DAY
155 North Wacker Drive, Suite 2700              77 West Wacker Drive, Suite 3500
Chicago, IL 60606-1720                              Chicago, IL  60601-1692
Telephone: (312) 407-0700                          Telephone: (312) 269-4294
Facsimile: (312) 407-0411                           Facsimile: (312) 782-8585
ahogan@skadden.com                               mprotatori@jonesday.com
marcella.lape@skadden.com                       nhenning@jonesday.com
                                                              msbean@jonesday.com

*Attorney for priceline.com Incorporated*          *Attorney for Expedia, Inc. (WA), Hotels.com,*
*(n/k/a The Priceline Group Inc.),*                    *L.P., Egencia, LLC, Hotwire, Inc.*
*priceline.com LLC, and Travelweb LLC*

s/ Elizabeth Herrington
Elizabeth Herrington
Mark J. Altschul
MORGAN, LEWIS & BOCKIUS
77 W. Wacker Drive
Chicago, IL 60601-5094
Telephone: (312) 324-1445
Facsimile: (312) 324-1001
beth.herrington@morganlewis.com
mark.altschul@morganlewis.com

*Attorneys for Orbitz, LLC, Trip Network, Inc., Internetwork Publishing Corp. (d/b/a Lodging.com)*

s/ Brian S. Stagner
Brian S. Stagner
Derek L. Montgomery
Scott R. Wiehle
KELLY HART & HALLMAN LLP
201 Main Street
Suite 2500
Fort Worth, TX 76102
Telephone:  (817) 878-3567
Facsimile: (817) 878-9280
brian.stagner@kellyhart.com
derek.montgomery@kellyhart.com
scott.wiehle@khh.com

*Attorney for Travelocity.com LP, Site59.com, LLC*

s/ Luke DeGrand
Luke DeGrand
Tracey L. Wolfe
DEGRAND & WOLFE, P.C.
20 S. Clark Street, Suite 2650
Chicago, IL 60603
Telephone: (312) 236-9200
Facsimile: (312) 236-9201
ldegrand@degrandwolfe.com
twolfe@degrandwolfe.com

*Attorneys for Travelocity.com LP, Site59.com LLC*

s/ Randolph K. Herndon
Randolph K. Herndon
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square, P.O. Box 636
Wilmington, DE 19801
Telephone: (302) 651-3113
Facsimile: (302) 574-3113
randolph.herndon@skadden.com

*Attorney for priceline.com Incorporated (n/k/a The Priceline Group Inc.), priceline.com LLC, and Travelweb LLC*

s/ Jeffrey A. Rossman
Jeffrey A. Rossman
FREEBORN & PETERS, LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 360-6784
Facsimile: (312) 360-6520
jrossman@freeborn.com

*Attorney for Orbitz, LLC, Trip Network, Inc., Internetwork Publishing Corp. (d/b/a Lodging.com)*

s/ Michael S. Krzak
Michael S. Krzak
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, IL 60605
Telephone: (312) 899-9090
Facsimile: (312) 251-1150
tkp@cliffordlaw.com
msk@cliffordlaw.com

*Attorney for Plaintiff Village of Lombard*

s/ Dominick L. Lanzito
Paul A. O'Grady
Dominick L. Lanzito
PETERSON, JOHNSON & MURRAY
CHICAGO, LLC
233 South Wacker Dr., Floor 84
Chicago, IL, 60606
Telephone: (312) 782-7150
Facsimile: (312) 896-9318
dlanzito@pjmlaw.com
pogrady@pjmlaw.com

*Attorneys for Plaintiff Village of Lombard*

s/ John W. Crongeyer
John W. Crongeyer
CRONGEYER LAW FIRM
2170 Defoor Hills Rd
Atlanta, GA 30318
Telephone: (404) 542-6205
Facsimile: (404) 872-3745
jwc@birdlawgroup.com

*Attorneys for Plaintiff Village of Lombard*

s/ Kristen L. Beightol
William Q. Bird
Kristen L. Beightol
BIRD LAW GROUP, P.C.
2170 Defoor Hills Rd
Atlanta, GA 30318
Telephone: (404) 873-4696
Facsimile: (404) 872-3745
jwc@birdlawgroup.com
klb@birdlawgroup.com

*Attorneys for Plaintiff Village of Lombard*

s/ Robert K. Finnell
Robert K. Finnell
THE FINNELL FIRM
One West Fourth Strreet, Suite 200
Rome, GA 30162
Telephone: (706) 235-7272
Facsimile: (706) 235-9461
bob@finnellfirm.com

*Attorneys for Plaintiff Village of Lombard*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 19, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

Michael S. Krzak
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, IL 60605
Phone: (312) 899-9090
Facsimile: (312) 251-1150
tkp@cliffordlaw.com
msk@cliffordlaw.com

John W. Crongeyer
CRONGEYER LAW FIRM
2170 Defoor Hills Rd
Atlanta, GA 30318
Phone: (404) 542-6205
jwc@birdlawgroup.com

Paul A. O'Grady
Dominick L. Lanzito
PETERSON, JOHNSON &
MURRAY CHICAGO, LLC
233 South Wacker Dr., Floor 84
Chicago, IL, 60606
Phone: (312) 782-7150
Facsimile: (312) 896-9318
dlanzito@pjmlaw.com
pogrady@pjmlaw.com

William Q. Bird
Kristen L. Beightol
BIRD LAW GROUP, P.C.
2170 Defoor Hills Rd
Atlanta, GA 30318
Phone: (404) 873-4696
Facsimile: (404) 872-3745
jwc@birdlawgroup.com
klb@birdlawgroup.com

Robert K. Finnell
THE FINNELL FIRM
One West Fourth Strreet, Suite 200
Rome, GA 30162
Telephone: (706) 235-7272
Facsimile: (706) 235-9461
bob@finnellfirm.com

s/ Mark P. Rotatori
—————————————————————
Mark P. Rotatori

*Attorney for Expedia, Inc. (WA), Hotels.com, L.P.,*
*Egencia, LLC, Hotwire, Inc.*