**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VILLAGE OF BEDFORD PARK, CITY OF WARRENVILLE, CITY OF OAKBROOK TERRACE, VILLAGE OF OAK LAWN, VILLAGE OF ORLAND HILLS, CITY OF ROCKFORD, VILLAGE OF WILLOWBROOK, VILLAGE OF ARLINGTON HEIGHTS, VILLAGE OF BURR RIDGE, CITY OF DES PLAINES, VILLAGE OF LOMBARD, VILLAGE OF ORLAND PARK, VILLAGE OF TINLEY PARK, and VILLAGE OF SCHAUMBURG, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EXPEDIA, INC. (WA), HOTELS.COM, LP, HOTWIRE, INC., EGENCIA, LLC, TRIP NETWORK, INC., ORBITZ, LLC, INTERNETWORK PUBLISHING CORP. (d/b/a/ LODGING.COM), PRICELINE.COM INCORPORATED, TRAVELWEB LLC, TRAVELOCITY.COM, LP, SITE59.COM, LLC, and DOES 1 THROUGH 1000, INCLUSIVE, <br><br> Defendants. | Civil Action No. 13-5633 <br><br> Judge Matthew F. Kennelly |

**STIPULATED FINAL JUDGMENT**

This Court, by its June 20, 2016, Memorandum Opinion and Order, having granted

Plaintiff Village of Lombard's motion for summary judgment on liability; the parties having

stipulated to the amount of damages for the period ending March 31, 2016; and with all parties

having reserved their rights to appeal any and all orders entered in this action to date,

**JUDGMENT IS HEREBY ENTERED** in favor of the Village of Lombard and against Defendants Expedia, Inc., Egencia LLC, Hotels.com, L.P., Hotwire, Inc., Trip Network, Inc., Orbitz, LLC/Internetwork PublishingCorp., priceline.com Incorporated (n/k/a The Priceline Group, Inc.), priceline.com LLC, Travelweb LLC, TVL LP (f/k/a Travelocity.com LP), and Site59.com, LLC, in the total amount of **$459,238.90** for the period ending March 31, 2016 with each Defendant being liable for its respective share as follows:

| | |
|---|---|
| Expedia, Inc. / Egencia LLC | $87,330.46 |
| Hotels.com, L.P. | $110,002.81 |
| Hotwire, Inc. | $148,993.94 |
| Orbitz, LLC / Internetwork PublishingCorp. / Trip Network, Inc. | $18,215.41 |
| Priceline.com Incorporated (n/k/a The Priceline Group, Inc.) / Priceline.com LLC / TravelWeb LLC | $73,233.56 |
| TVL LP (f/k/a Travelocity.com LP) / Site59.com, LLC | $20,462.72 |

Interest on the above Judgment shall accrue at the legal rate.

Plaintiff shall not attempt to execute or collect on the above Judgment until after all appellate rights have been exhausted by both parties.

Date: October 19, 2016

_____
Honorable Judge Matthew F. Kennelly