# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois  60604

November 21, 2016

**By the Court:**

| | |
|---|---|
| VILLAGE OF BEDFORD PARK, et al.,<br>    Plaintiffs-Appellants,<br><br>No. 16-3932                                   v.<br><br>EXPEDIA, INC., et al.,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:13-cv-05633<br>]<br>] Matthew F. Kennelly, Judge. |

O R D E R

Circuit Rule 3(c)(1), referencing Circuit Rule 28(a), requires an appellant to file a docketing statement which provides information concerning the district court's jurisdiction.  If jurisdiction depends on diversity, the statement must identify the amount in controversy and establish the required diversity between the parties.

In the present case, appellants claim that the district court had jurisdiction based on the Class Action Fairness Act.  *See* 28 U.S.C. § 1332(d).  Appellants' Circuit Rule 3(c) docketing statement, however, fails to identify the state of "citizenship" of at lease one plaintiff and at least one defendant; it is insufficient to merely cite to the statute without disclosing the amount in controversy and the specifics of citizenship – minimal as it is.  Accordingly,

IT IS ORDERED that appellants file a complete statement of jurisdiction that includes the omitted information.  The statement is due on or before November 28, 2016.